# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>    Petitioner,<br><br>  v.<br><br>J. SOTO,<br><br>    Respondent. | Case No. 1:15-cv-01896-LJO-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION<br><br>(Doc. 17) |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner has advised the Court that he is presently incarcerated in the R.J. Donovan Correctional Facility, San Diego, California. As a result, Daniel Paramo, Warden of the R.J. Donovan Correctional Facility, now has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption to reflect the name of Daniel Paramo, Warden, R.J. Donovan Correctional Facility, as Respondent.

IT IS SO ORDERED.

Dated:   **March 29, 2016**                    **/s/ Sheila K. Oberto**
                                  UNITED STATES MAGISTRATE JUDGE

1